IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FREDRICK BERNARD MOSLEY,      )
                              )
        Plaintiff,            )
                              )        CIVIL ACTION NO.
        v.                    )        2:22cv499-MHT
                              )            (WO)
SHIRLEY CUNNINGHAM,           )
et al.,                       )
                              )
        Defendants.           )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting largely unintelligible claims apparently related to alleged denial of medical treatment. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice because he failed to file an amended complaint that complies with the September 14, 2022, order. Also before the court are plaintiff's objections to the recommendation, which are also largely unintelligible. After an independent and de

novo review of the record, the court concludes that the objections should be overruled and the recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of October, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE