IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| FREDRICK BERNARD MOSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:22cv499-MHT |
| | ) | (WO) |
| SHIRLEY CUNNINGHAM, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The objections (Doc. 8) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 7) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with a court order.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 18th day of October, 2022.

                              /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE